Andrew C. Schwartz (State Bar No. 64578)
Nick Casper (State Bar No. 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
schwartz@cmslaw.com
ncasper@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@snell-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF ANDREA NAHARRO, STACY BARNARD and STEVEN BARNARD,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPUTY JENNIFER GALAN and DOES 1-20,<br><br>Defendants. | CASE NO.: 5:14-cv-04570-BLF (PSG)<br><br>SECOND STIPULATION TO EXTEND TIME AND ~~PROPOSED~~ ORDER |
| CAMIE GIONET, individually and as successor in interest to Andrea Naharro-Gionet, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA; JENNIFER GALAN; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 5:14-cv-04574-BLF (PSG) |

---

*ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.*      Page 1
SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE

Pursuant to Civil Local Rules for the United States District Court for the Northern District of California, Rule 6-2, the parties hereby stipulate to extend time for the filing of plaintiffs' opposition to Defendants' Motion to Compel Joinder, Motion to Dismiss, and Motion to Strike and any reply in support of the Motions. The Motions were filed on December 23, 2014, and the opposition is currently due February 10, 2015. By this stipulation, the parties seek to extend the deadline for filing the opposition to March 3, 2015, and the deadline for filing the reply to March 17, 2015.

The reason for this second request to extend the briefing schedule is that the parties recently learned that Camie Gionet has died. The requested extension of time will allow the parties to discuss the impact of plaintiff Gionet's death on the issues raised in defendants' Motions. This extension of time will not result in a change in the hearing date, which will remain April 23, 2015.

Dated:  February 6, 2015               CASPER, MEADOWS, SCHWARTZ & COOK,

                                                                               /s/ - "Andrew C. Schwartz"
By: ANDREW C. SCHWARTZ
Attorneys for Plaintiffs Estate of Andrea Naharro, Stacy Barnard and Steven Barnard

Dated:  February 6, 2015               LAW OFFICE OF KAREN SNELL

                                                                               /s/ - "Karen Snell"
By: KAREN L. SNELL
Attorneys for Plaintiffs Estate of Andrea Naharro, Stacy Barnard and Steven Barnard

Dated:  February 6, 2015               LAW OFFICES OF MARLES & LEANOS

                                                                               /s/ - "Jamie Leanos"
By:  JAIME LEANOS
//        Attorneys for Plaintiff Camie Gionet

//

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

Dated: February 6, 2015      OFFICE OF THE SANTA CLARA COUNTY COUNSEL

                                               /s/ - "Aryn Harris"
By: ARYN HARRIS
Deputy County Counsel
Attorneys for Defendants

Pursuant to the parties' stipulation, it is so ORDERED.

Dated: February 6, 2015                      *[signature]*
HON. BETH LABSON FREEMAN
District Judge, United States District Court
Northern District of California

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*ESTATE OF NAHARRO, et al., v. COUNTY OF SANTA CLARA, et al.*      Page 3
SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE