1  ORRY P. KORB, County Counsel (S.B. #114399)
   ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2  MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA and DEPUTY
   JENNIFER GALAN
7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                       (SAN JOSE)

10

11 | CAMIE GIONET, et al.,            | No.  14-CV-04574 BLF
12 |         Plaintiffs,              | **STIPULATION FOR DISMISSAL AND ENTRY OF JUDGMENT AND ORDER THEREON**
13 | v.                               |
14 | COUNTY OF SANTA CLARA, et al.,   |
15 |         Defendants.              |

16

17         IT IS HEREBY STIPULATED by and between plaintiff CAMIE GIONET (now deceased)
18 and defendants COUNTY OF SANTA CLARA and DEPUTY JENNIFER GALAN, through their
19 undersigned counsel, that the entire action be dismissed with prejudice as to all defendants pursuant
20 to Federal Rule of Civil Procedure 41(a)(1)(ii).
21         IT IS FURTHER STIPULATED THAT the court shall direct the clerk to enter judgment
22 dismissing the entire action with prejudice.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                          1


IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorney's fees.

Dated: March 2, 2015                LAW OFFICES OF MORALES AND LEANOS

                                    By:   /s/
                                          JAIME LEANOS

                                    Attorneys for Plaintiff
                                    CAMIE GIONET

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: March 2, 2015                Respectfully submitted,

                                    ORRY P. KORB
                                    County Counsel


                                    By:   /s/
                                          ARYN PAIGE HARRIS
                                          Deputy County Counsel

                                    Attorneys for Defendants
                                    COUNTY OF SANTA CLARA and DEPUTY
                                    JENNIFER GALAN

## **ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2. The clerk shall enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorney's fees.

Dated:  _____
        U.S. DISTRICT COURT JUDGE

1073384