1 | ORRY P. KORB, County Counsel (S.B. #114399)
ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
2 | MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
OFFICE OF THE COUNTY COUNSEL
3 | 70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
4 | Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA and DEPUTY
JENNIFER GALAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| CAMIE GIONET, et al., | No. 14-CV-04574 BLF |
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND ENTRY OF JUDGMENT AND ORDER THEREON** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between plaintiff CAMIE GIONET (now deceased) and defendants COUNTY OF SANTA CLARA and DEPUTY JENNIFER GALAN, through their undersigned counsel, that the entire action be dismissed with prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

   IT IS FURTHER STIPULATED THAT the court shall direct the clerk to enter judgment dismissing the entire action with prejudice.

///
///
///
///
///
///

IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorney's fees.

Dated: March 2, 2015                                    LAW OFFICES OF MORALES AND LEANOS

                                                        By: ____/s/_____
                                                            JAIME LEANOS

                                                        Attorneys for Plaintiff
                                                        CAMIE GIONET

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: March 2, 2015                                    Respectfully submitted,

                                                        ORRY P. KORB
                                                        County Counsel


                                                        By: ____/s/_____
                                                            ARYN PAIGE HARRIS
                                                            Deputy County Counsel

                                                        Attorneys for Defendants
                                                        COUNTY OF SANTA CLARA and DEPUTY
                                                        JENNIFER GALAN

## ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2. The clerk shall enter judgment dismissing the entire action with prejudice.

3. Each party shall bear its own costs and attorney's fees.

Dated: March 3, 2015                                    _____
                                                        U.S. DISTRICT COURT JUDGE

1073384